DAWN SESTITO (S.B. #214011)
dsestito@omm.com
R. COLLINS KILGORE (S.B. #295084)
ckilgore@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

Attorneys for Defendant
TRADER JOE'S COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA CESTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00895-DMG-RAO<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C<br><br>Complaint Filed: January 5, 2018<br>Removal Date: February 5, 2018 |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, upon review of the Stipulated Protective Order filed in the above-captioned action, and for good cause shown, that the Stipulated Protective Order is GRANTED.

IT IS SO ORDERED.


DATED: October 24, 2018

_____
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE