**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Bahar Sodaify (State Bar No. 289730)
bsodaify@clarksonlawfirm.com
9255 Sunset Boulevard, Suite 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA CESTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRADER JOE'S COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00895-DMG-RAO<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO JOINT STIPULATION OF ALL PARTIES PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. Dolly M. Gee<br>Action Filed:  January 5, 2018<br>Action Removed:  February 5, 2018 |

1
PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

1   NOTICE IS HEREBY GIVEN and IT IS HEREBY STIPULATED, by and
2 among Plaintiff Jessica Cesta ("Plaintiff") and Trader Joe's Company
3 ("Defendant"), through their respective counsel of record, that the above-captioned
4 action, including all claims asserted by Plaintiff against Defendant, be and hereby is
5 DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal
6 Rules of Civil Procedure.
7   IT IS SO STIPULATED.

9 Dated: January 8, 2019                    By: /s/ Ryan J. Clarkson

    CLARKSON LAW FIRM, P.C.
    Ryan J. Clarkson (SBN 257074)
    rclarkson@clarksonlawfirm.com
    Shireen M. Clarkson (SBN 237882)
    sclarkson@clarksonlawfirm.com
    Bahar Sodaify (SBN 289730)
    9255 Sunset Boulevard, Suite 804
    Los Angeles, CA 90069
    Tel: (213) 788-4050
    Fax: (213) 788-4070

    Attorneys for Plaintiff Jessica Cesta

Dated: January 8, 2019                    By: /s/ Collins Kilgore

    O'MELVENY & MYERS LLP
    Dawn Sestito (SBN 214011)
    dsestito@omm.com
    R. Collins Kilgore (SBN 295084)
    ckilgore@omm.com
    400 South Hope Street. 18th Floor
    Los Angeles, CA 90071
    Tel: (213) 430-6000
    Fax: (213) 430-6407

    Attorneys for Defendant Trader Joe's Company

# **ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 8, 2019               CLARKSON LAW FIRM, P.C.

                                                             /s/ Ryan J. Clarkson
                                                             By: Ryan J. Clarkson
                                                             Attorneys for Plaintiff